# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | Case No. |
| | ) | |
| v. | ) | 22-mj-00105-SKC |
| | ) | |
| JOSEPH EUGENE CLEMENTS, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about April 25, 2022, April 2022, and October 2021, in the State and District of Colorado and elsewhere, JOSEPH EUGENE CLEMENTS violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to possess with intent to distribute a controlled substance |
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to manufacture a controlled substance |
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X  Continued on attached sheet.

*Kevin Vassighi*
*Complainant's signature*

HSI Special Agent Kevin Vassighi
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.

☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  06/17/2022

*Judge's signature*

City and state:   Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*