| | |
|---|---|
| <u>DEFENDANT</u>: | WILLIAM BLAKE PLSEK |
| <u>YOB/AGE</u>: | 1981 |
| <u>COMPLAINT FILED?</u> | _____ Yes  \_\_\_\_x\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>OFFENSE(S)</u>: | (1) 21 U.S.C. § 846 Conspiracy to possess w/ intent to distribute a controlled substance |
| <u>LOCATION OF OFFENSE</u>: | Boulder County, CO |
| <u>PENALTY</u>: | (1) 21 U.S.C. § 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA |
| <u>AGENT</u>: | HSI SA Kevin Vassighi |
| <u>AUTHORIZED BY</u>: | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_x\_\_ five days or less  \_\_\_\_\_ over five days

<u>THE GOVERNMENT</u>

\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.