IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH EUGENE CLEMENTS,
    a/k/a "Akasha Song," and
2.  WILLIAM BLAKE PLSEK,

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 25, 2022, in the State and District of Colorado and elsewhere, the defendants, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about April 25, 2022, in the State and District of Colorado and elsewhere, the defendants, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to manufacture N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

In or about October 2021, in the State and District of Colorado and elsewhere, the defendant, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 4

In or about April 2022, in the State and District of Colorado, the defendant, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," did knowingly and intentionally distribute N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about March 16, 2021, in the State and District of Colorado, the defendant, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted such financial transaction which in fact involved the proceeds of specified unlawful activity, that is, distribution of a controlled substance, with the intent to promote the carrying on of specified unlawful activity, that is, distribution of a controlled substance.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

## FORFEITURE ALLEGATION

1. As a result of committing the violations of Title 21, United States Code, Section 841(a)(1) and 846, alleged in Counts One and Two of this Indictment, the defendants, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

2. As a result of committing the violations of Title 21, United States Code, Section 841(a)(1) and 846, alleged in Counts Three and Four of this Indictment, the defendant, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," shall forfeit, pursuant

to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts Three and Four of this Indictment.

      3.      As a result of committing the violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), alleged in Count Five of this Indictment, the defendant, JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song," shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense alleged in Count Five and all property traceable to such property.

      4.      If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Andrea.Surratt@usdoj.gov
Attorney for Government