| | |
|---|---|
| <u>DEFENDANT</u>: | JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song" |
| <u>YOB/AGE</u>: | 1978 |
| <u>COMPLAINT FILED?</u> | \_\_x\_\_ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER <u>22-mj-105-SKC</u> |
| <u>OFFENSE(S)</u>: | (1) 21 U.S.C. § 846 Conspiracy to possess with intent to distribute a controlled substance<br>(2) 21 U.S.C. § 846 Conspiracy to manufacture a controlled substance<br>(3) 21 U.S.C. § 846 Conspiracy to possess with intent to distribute a controlled substance<br>(4) 21 U.S.C. § 841(a)(1) Distribution of a controlled substance<br>(5) 18 U.S.C. § 1956(a)(1)(A)(i) Money laundering |
| <u>LOCATION OF OFFENSE</u>: | Boulder County, CO |
| <u>PENALTY</u>: | (1)-(4) 21 U.S.C. § 841(a)(1), 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine; or both; $100 SA<br>(5) NMT 20 years imprisonment; NMT 3 yrs SR; fine of NMT $500,000 or twice the laundered funds, or both fine and imprisonment; $100 SA |
| <u>AGENT</u>: | HSI SA Kevin Vassighi |
| <u>AUTHORIZED BY</u>: | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_ five days or less   \_\_x\_\_ over five days

<u>THE GOVERNMENT</u>

<u>X</u>  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.