IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  JOSEPH EUGENE CLEMENTS,
    *a/k/a Akasha Song,*

       Defendant.

---

### NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                s/ Natalie G. Stricklin
                NATALIE G. STRICKLIN
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Natalie_Stricklin@fd.org
                Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Joseph Eugene Clements  (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant