IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOSEPH EUGENE CLEMENTS,
      *a/k/a Akasha Song,*

        Defendant.

---

## UNOPPOSED MOTION TO RESET TIME OF
## ARRAIGNMENT, DISCOVERY, AND DETENTION HEARING

---

The defendant, Joseph Eugene Clements ("Mr. Clements"), by and through undersigned counsel, Natalie G. Stricklin, hereby requests that the time of the Arraignment, Discovery, and Detention Hearing scheduled for Wednesday, July 6, 2022, be reset to 2:00 pm.  In support, Mr. Clements states as follows:

1.     Mr. Clements appeared for an Initial Appearance on June 30, 2022, before Magistrate Judge S. Kato Crews.  The matter was scheduled for an Arraignment, Discovery, and Detention Hearing on Wednesday, July 6, 2022, at 10:00 a.m. before Magistrate Judge N. Reid Neureiter.  Doc. 6.

2.     Undersigned counsel will be in Durango, Colorado, on July 6 for a work-related matter.  A colleague in counsel's office is available to handle the Arraignment, Discovery, and Detention Hearing on July 6 if the time of the proceedings can be reset to 2:00 pm.

3.      Undersigned counsel has conferred with government counsel about the need for the time change and Assistant United States Attorney Andrea Surratt advised that she has no objection to the time change.

WHEREFORE, the defendant, through counsel, Natalie G. Stricklin, requests that the time of the Arraignment, Discovery, and Detention Hearing on July 6, 2022, be reset to 2:00 p.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2022, I filed the foregoing ***Unopposed Motion to Reset Time of Arraignment, Discovery, and Detention Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Joseph Eugene Clements  (via U.S. mail)


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant