**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSEPH EUGENE CLEMENTS**, and
2. WILLIAM BLAKE PLSEK,

    Defendants.

---

**ENTRY OF APPEARANCE BY ATTORNEY LISA A. POLANSKY ON BEHALF OF DEFENDANT JOSEPH EUGENE CLEMENTS**

---

Lisa A. Polansky, Attorney at Law of Polansky Law Firm, PLLC, hereby enters her appearance on behalf of Defendant Joseph Eugene Clements.

Dated: July 5, 2022.

Respectfully Submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
Email: lisa@polanskylawfirm.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

<u>s/Lisa A. Polansky</u>