# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSEPH EUGENE CLEMENTS**, and
2. WILLIAM BLAKE PLSEK,

    Defendants.

---

## ENTRY OF APPEARANCE BY ATTORNEY HILLARY C. AIZENMAN ON BEHALF OF DEFENDANT JOSEPH EUGENE CLEMENTS

---

Hillary C. Aizenman, Attorney at Law of Polansky Law Firm, PLLC, hereby enters her appearance on behalf of Defendant Joseph Eugene Clements.

Dated: July 5, 2022.                                    Respectfully Submitted,

                                                                                  s/ Hillary C. Aizenman
                                                                                  Hillary C. Aizenman, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
Email: hillary@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Hillary C. Aizenman