AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL -5 PM 3:49

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-mj-00105-SKC |
| JOSEPH EUGENE CLEMENTS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSEPH EUGENE CLEMENTS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 846    Conspiracy to possess with intent to distribute a controlled substance
21 U.S.C. §§ 841(a)(1), 846    Conspiracy to manufacture a controlled substance
21 U.S.C. § 841(a)(1)          Distribution of a controlled substance

Date: 06/17/2022

*Issuing officer's signature*

City and state: Denver, Colorado

**Magistrate Judge S. Kato Crews**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/17/22, and the person was arrested on *(date)* 6/29/22
at *(city and state)* Boulder, CO

Date: 6/29/22

*Arresting officer's signature*

Special Agent Kevin Vassighi
*Printed name and title*