# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal No. 22-CR-00212-RMR** |
| | ) | |
| **JOSEPH EUGENE CLEMENTS a/k/a** | ) | |
| **"Akasha Song," and WILLIAM BLAKE** | ) | |
| **PLSEK,** | ) | |
| | | |
| Defendant. | | |

---

## ENTRY OF APPEARANCE

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for the United States of America.

**DATED** this 26th day of July, 2022.

Respectfully submitted,

NICHOLAS VASSALLO
Acting United States Attorney

By:     */s/ Timothy J. Forwood*
TIMOTHY J. FORWOOD
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 26th day of July, 2022, I served a true and correct copy of the foregoing **Entry of Appearance** upon counsel of record for the Defendants by electronically filing this document with the court.

*/s/ Andi M. Shaffer*
UNITED STATES ATTORNEY'S OFFICE