**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 22-cr-212-RMR**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**WILLIAM BLAKE PLSEK,**

     **Defendant.**

---

**GOVERNMENT'S MOTION TO APPEAR**
**FOR DETENTION/ARRAIGNMENT HEARING VIA VIDEOCONFERENCE**

---

The United States of America (the "government"), by and through Nicholas Vassallo, Acting United States Attorney for the District of Wyoming, and Timothy J. Forwood, Assistant United States Attorney, hereby submits the Government's Motion to Appear for Detention/Arraignment Hearing Via Videoconference ("VTC"), and respectfully requests the Court permit undersigned government counsel to appear at the Detention/Arraignment Hearing set in this matter on Wednesday August 17, 2022, at 10:00 a.m., via VTC rather than in-person.

Undersigned counsel states he has conferred with counsel for the defendant regarding this Motion, and the defendant does not oppose the relief requested by the government herein.

Undersigned counsel is scheduled to leave on August 17, 2022, for Cleveland, Ohio for surgery the following Monday, August 22, 2022. Due to the travel necessities and an upcoming procedure, undersigned counsel has been teleworking and appearing remotely for court proceedings, when possible, to reduce possible exposure to COVID-19 or other illnesses prior to

his procedure. While counsel would ordinarily seek coverage from another Assistant United States Attorney in these circumstances, the nature of this case, namely the District of Wyoming prosecuting the case rather than the District of Colorado, the unique facts of the case, and the procedural history, suggest that undersigned counsel is best suited to handle the Detention/Arraignment Hearing in this matter, rather than seeking a stand-in.   For these reasons, the Government respectfully requests that the Court grant this Motion and permit undersigned counsel to appear at the Detention/Arraignment Hearing scheduled for this Wednesday, August 17, 2022, set before the Court at 10:00 a.m., via VTC rather than in-person.

DATED this 15th day of August, 2022.

Respectfully submitted,

NICHOLAS VASSALLO
Acting United States Attorney

By:     *s/ Timothy J. Forwood*
TIMOTHY J. FORWOOD
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
U.S. Attorney's Office
2120 Capitol Ave.
Cheyenne, WY 82001
307-772-2124
Timothy.Forwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **August 15, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Andi M. Shaffer*
UNITED STATES ATTORNEY'S OFFICE