**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-212-RMR

UNITED STATES OF AMERICA,

  Plaintiff,

v.

WILLIAM BLAKE PLSEK,

  Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION TO APPEAR
FOR DETENTION/ARRAIGNMENT HEARING VIA VIDEOCONFERENCE**

---

This matter having come before the court on the government's motion to appear via Videoconference ("VTC") at the Detention/Arraignment hearing set for August 17, 2022, at 10:00am, and the court having considered the motion, and good cause appearing therein, and the court being otherwise fully advised in the premises, GRANTS said motion.

IT IS THEREFORE ORDERED that counsel for the government may appear via Videoconference ("VTC") at the Detention/Arraignment hearing on August 17, 2022 at 10:00 am.

DATED this _____ day of August, 2022.

  _____
  United States District Court Judge