**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cr-00212-RMR

UNITED STATES OF AMERICA

    Plaintiff,

v.

2. WILLIAM BLAKE PLSEK,

    Defendants.

---

## NOTICE OF APPEARANCE

---

Dru Nielsen of the law firm of Haddon, Morgan and Foreman, P.C., hereby enters her appearance as CJA counsel on behalf of Defendant William Plsek.

DATED: August 15, 2022

        Respectfully submitted,

        *s/ Dru Nielsen*
        Dru Nielen
        HADDON, MORGAN AND FOREMAN, P.C.
        950 17th Street, Suite 1000
        Denver, CO 80203
        Phone: 303.831.7364
        Fax: 303.832.2628
        Email: dnielsen@hmflaw.com

        *Attorney for William Plsek*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Surratt
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Andrea.surratt@usdoj.gov

*All other counsel of record*

*s/ Savanna Rice*