**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )     **Criminal No. 22-CR-00212-RMR** |
| | ) |
| **JOSEPH EUGENE CLEMENTS a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK,** | ) ) ) |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for the United States of America.

**DATED** this 22nd day of August, 2022.

                                  Respectfully submitted,

                                  NICHOLAS VASSALLO
                                Acting United States Attorney

By:   */s/ Christyne M. Martens*
        CHRISTYNE M. MARTENS
        Special Assistant United States Attorney
        Acting Under Authority Conferred by 28 U.S.C. § 515
        District of Wyoming
        P.O. Box 22211
        Casper, WY  82602-5010
        307-261-5434 (phone)
        307-261-5471 (fax)
        christyne.martens@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of August, 2022, I served a true and correct copy of the foregoing **Entry of Appearance** upon counsel of record for the Defendants by electronically filing this document with the court.

*/s/ Andi M. Shaffer*
UNITED STATES ATTORNEY'S OFFICE
