**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cr-00212-RMR

UNITED STATES OF AMERICA

    Plaintiff,

v.

2. WILLIAM BLAKE PLSEK,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE THE PRETRIAL MOTIONS FILING DEADLINE AND NO OBJECTION TO THE CO-DEFENDANT'S MOTION FOR THE SAME RELIEF**

---

    Defendant, William Plsek, by and through his counsel, Dru Nielsen, hereby moves this Court for an extension of time to file pretrial motions and the corresponding response. Likewise, Mr. Plsek has no objection to his co-defendant's unopposed motion to continue the pretrial motions deadline. [ECF Doc. #47]. This unopposed motion is based on the following:

    1.  On August 28, 2022, this Court set a five-day jury trial for December 5, 2022. [ECF Doc. #40].

    2.  This Court also set a deadline for pretrial motions to be filed by October 24, 2022, with responses due by the Government by November 7, 2022. [ECF Doc. #40].

    3.  The defense is still in the process of evaluating discovery and potential motions and requests additional time.

4. On October 20, 2021, the Court ordered that Mr. Plsek state his position to co-defendant Clements' Unopposed Motion to Continue Pretrial Motions Deadline. Mr. Plsek has no objection.

5. Undersigned counsel has communicated with AUSA Timothy J. Forwood, who has no objection to this motion.

WHEREFORE, William Plsek, by and through counsel, respectfully requests that the deadline to file pretrial motions be extended to November 7, 2022, with the Government deadline for responses extended to November 21, 2022.

DATED: October 21, 2022

Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

*Attorney for William Plsek*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, I electronically filed the foregoing *Unopposed Motion to Continue the Pretrial Motions Deadline and No Objection to the Co-Defendant's Motion for the Same Relief* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy Forwood
Assistant United States Attorney
Timothy.forwood@usdoj.gov

Lisa Polansky
Attorney for Defendant Clements
Lisa@polanskylawfirm.com

*s/ Savanna Rice*