**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSEPH EUGENE CLEMENTS**, and
2. WILLIAM BLAKE PLSEK,

    Defendants.

---

## DEFENDANT JOSEPH EUGENE CLEMENTS' NOTICE OF DISPOSITION

---

Defendant Joseph Eugene Clements, by and through his counsel, Lisa A. Polansky, Attorney at Polansky Law Firm, PLLC, hereby notifies this Honorable Court that the parties have reached a disposition in this matter and Mr. Clements requests a Change of Plea Hearing be set and per this Court's rules, Mr. Clements requests that the Trial Preparation Conference previously set for November 22, 2022 at 3:00 p.m. be converted to a Change of Plea Hearing, and that the Pre-Trial Motion filing deadlines and response deadlines as well as the Jury Trial commencing December 5, 2022, be vacated as to Mr. Clements.

DATED: November 7, 2022.                    Respectfully Submitted,

                                                     s/Lisa A. Polansky
                                                     Lisa A. Polansky, Attorney
                                                     Polansky Law Firm, PLLC
                                                     4999 Pearl East Circle, Suite 201
                                                     Boulder, Colorado 80301
                                                     Phone: (303) 415-2583
                                                     FAX: (720) 500-6021
                                                     Email: lisa@polanskylawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

                                                       s/Lisa A. Polansky

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Lisa A. Polansky