IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00212-RMR-2 | Date: November 22, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Timothy J. Forwood |
| Plaintiff, | |
| v. | |
| 2. WILLIAM BLAKE PLSEK, | Dru Ruth Nielsen |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**
**3:42 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Defendant present on bond.

Defendant sworn.

The Plea Agreement (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to Count 1 of the Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:** Court Exhibits 1 and 2 are admitted.

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**  Trial set for December 5, 2022 in Courtroom A901 before Judge Regina M. Rodriguez is VACATED.

**ORDERED:**  Sentencing is set for February 8, 2023 at 3:00 p.m. in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:**  Defendant's personal recognizance bond is continued pending sentencing.

4:15 p.m.      Court in recess.

Hearing concluded.
Total time in court:    00:33