

**U.S. Department of Justice**
*NICHOLAS VASSALLO*
*Acting United States Attorney*
*District of Wyoming*

_Main Reception: (307) 772-2124_                    *Federal Building*
*2120 Capitol Ave, Room 4002*
*P.O. Box 668*
*Cheyenne, WY 82003*

January 17, 2023

Mallory A. Coleman
United States Probation Officer

   RE:  *US v. Clements*; 22-CR-212-RMR; Presentence Investigation Report

Dear Ms. Coleman:

  The United States has reviewed the Present Investigation Report (PSR) and has the following comments:

**Base Offense Level Calculation**

  Paragraphs 28 and 29 analyze the Defendant's base offense for the quantity of converted drug weight. The PSR determined that the approximate 300 kilograms of DMT calculates to a base offense level of 36. Though the raw material was approximately 300 kilograms, a further extraction process was required for the Defendant to sell the DMT. Based upon findings by the Drug Enforcement Administration, only 0.9% of that raw material is DMT.[1]

  Through defense counsel, the Defendant argues, "Beyond that, as the commentary to in §2D1.1 clearly provides: 'Mixture or substance does not include materials that must be separated from the controlled substance before the controlled substance can be used…' U.S.S.G. §2D1.1, cmnt." (ECF 64). The United States agrees with this. The 300-kilogram substance is not illegal drugs mixed with a legal substance, such as cocaine mixed with baking soda. Rather it is the raw material that must be extracted to create a substance that individuals use. Thus, of those 300 kilograms, only 3 kilograms is of practical use.

  Due to the extraction requirement, the United States agrees that the extracted amount (approximately 3 kilograms) more accurate reflects the Defendant's countable converted drug weight. This reduces the converted drug weight 3 kilograms and an offense level 24.

**Safety Valve**

---

[1] https://erowid.org/library/periodicals/microgram/microgram_journal_2007-1.pdf

On December 21, 2018, the First Step Act amended 18 U.S.C. § 3553 to allow some defendants with more than one criminal history point to gain relief under the safety valve provision. Pursuant to the First Step Act revisions under 18 U.S.C.§3553(f), the Defendant is eligible for a two-level reduction pursuant to Safety Valve. The PSR notes that the Guidelines Manual has not yet incorporated the statutory change. The United States believes that the statute controls and would request a two-level variance to incorporate that statutory change.

Respectfully,

Timothy J. Forwood
Assistant U.S. Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
timothy.forwood@usdoj.gov