**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   **JOSEPH EUGENE CLEMENTS**, and
2.   WILLIAM BLAKE PLSEK,

        Defendants.

---

**DEFENDANT JOSEPH EUGENE CLEMENTS' <u>UNOPPOSED</u> MOTION/REQUEST FOR PERMISSION TO PRESENT VIRTUAL TESTIMONY AT HIS SENTENCING HEARING SCHEDULED FOR FEBRUARY 16, 2023**

---

Defendant Joseph Eugene Clements, by and through his counsel, Lisa A. Polansky, Attorney at Polansky Law Firm, PLLC, moves this Honorable Court for permission to present virtual expert testimony at his sentencing hearing set for February 16, 2023.

1.   Mr. Clements has entered into a plea agreement in this case and on November 22, 2022, plead guilty to **Counts 1 and 5** (Conspiracy to Distribute N,N-Dimethyltryptamine ("DMT"), in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C); and Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i)).

2.   The Sentencing hearing is now set for February 16, 2023, at 10:00 a.m.

3.     Mr. Clements would like to present expert testimony at that hearing regarding the extraction ratio of *Mimosa Hostilis* to DMT to assist the Court in deciding the appropriate weight to be given to the quantity of *Mimosa Hostilis* seized in this case and the actual DMT attributable to Mr. Clements.

4.     Dr. Gregory Dudley has been qualified numerous times as an expert in drug cases and specifically as to DMT in United States Federal Court, Middle District of Florida, Ft. Myers, Case 2:15-cr-00004-SPC-CM: Defendant: Travis Riddle, where the Court ultimately found that the extraction ratio was 1% from *Mimosa Hostilis* to usable DMT. The Curriculum Vitae (CV) for Dr. Dudley (also Professor Dudley) is attached hereto.

5.     Professor Dudley is currently located in West Virginia and can most conveniently testify via Web Ex rather than travel to Colorado to testify in person.

6.     The undersigned has conferred with the AUSA on this case, Timothy Forwood and he has no objection to this request.

DATED: February 4, 2023.                    Respectfully Submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
FAX: (720) 500-6021
Email: lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 4, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

                                                        s/Lisa A. Polansky