IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-212-RMR

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**

**JOSEPH EUGENE CLEMENTS**

 **Defendant.**

## GOVERNMENT'S MOTION TO RESTRICT ECF DOCUMENT 82

The United States of America, by and through Assistant United States Attorney Timothy J. Forwood, respectfully moves to restrict ECF document 82, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make ECF document 82, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

         Respectfully submitted,

         NICHOLAS VASSALLO
         United States Attorney

    By: *s/ Timothy J. Forwood*
       TIMOTHY J. FORWOOD
       Special Assistant United States Attorney
       Acting Under Authority Conferred by 28 U.S.C. § 515
       U.S. Attorney's Office
       2120 Capitol Ave., Suite 4002
       Cheyenne, WY 82001
       307-772-2124
       Timothy.Forwood@usdoj.gov

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Rodriguez's Practice Standard III(A) and (C).

            */s/ Timothy J. Forwood*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2023, I electronically filed the foregoing **MOTION TO RESTRICT ECF DOCUMENT 82** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defense Counsel.

By: *s/ Timothy J. Forwood*
TIMOTHY J. FORWOOD
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
U.S. Attorney's Office
2120 Capitol Ave., Suite 4002
Cheyenne, WY 82001
307-772-2124
Timothy.Forwood@usdoj.gov