IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00212-RMR-1 | Date: February 16, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Mallory Coleman | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Timothy J. Forwood |
|   Plaintiff, | |
| v. | |
| 1. JOSEPH EUGENE CLEMENTS, | Lisa A. Polansky |
|   Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**10:10 a.m.**   **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Discussion regarding amendment to the Plea Agreement. Counsel shall file an amended Plea Agreement if necessary.

Defendant's witness, Gregory Dudley, sworn.

**10:22 a.m.**   Direct examination of Mr. Dudley by Ms. Polansky.

Gregory Dudley is received as an expert witness in the field of organic chemistry, molecular interactions, and molecular pharmacology.

Continued direct examination of Mr. Dudley by Ms. Polansky.

Witness excused.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation,

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion [ECF 68] is GRANTED**

**ORDERED:   Government's Motion [ECF 82] is GRANTED.**

**ORDERED:   Defendant shall be imprisoned for 24 months as to Count 1 and 24 months as to Count 5 to run concurrently for a total of 24 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years as to Count 1 and 3 years as to Count 5 to run concurrently for a total of 3 years.**

**ORDERED:   Conditions of Supervised Release, as stated on record.**

**ORDERED:   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.**

**ORDERED:   Defendant shall forfeit any interest in property, as stated on record, to the United States.**

**ORDERED:   Defendant is remanded to the custody of the U.S. Marshal.**

Defendant advised of right to appeal.

**11:13 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    1:03