IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-212-RMR

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSEPH EUGENE CLEMENTS**

    Defendant.

## ORDER TO RESTRICT ECF DOCUMENT 87

This matter is before the Court on the Government's Motion to Restrict ECF Document 87. Upon consideration and for good cause shown, **IT IS ORDERED** that ECF Document 87, any order revealing the contents of that document, and the brief filed in support of the motion shall be restricted to "Level 2" and will be "viewable by selected parties and court" only.

IT IS SO ORDERED on this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO