# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 22-cr-212-RMR**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**WILLIAM BLAKE PLSEK,**

    **Defendant.**

## GOVERNMENT'S MOTION TO RESTRICT ECF DOCUMENT 88

The United States of America, by and through Assistant United States Attorney Timothy J. Forwood, respectfully moves to restrict ECF document 88, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make ECF document 88, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

    Respectfully submitted,

    NICHOLAS VASSALLO
    United States Attorney

By:    *s/ Timothy J. Forwood*
    TIMOTHY J. FORWOOD
    Special Assistant United States Attorney
    Acting Under Authority Conferred by 28 U.S.C. § 515
    U.S. Attorney's Office
    2120 Capitol Ave., Suite 4002
    Cheyenne, WY 82001
    307-772-2124
    Timothy.Forwood@usdoj.gov

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Rodriguez's Practice Standard III(A) and (C).

    */s/ Timothy J. Forwood*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2023, I electronically filed the foregoing **MOTION TO RESTRICT ECF DOCUMENT 88** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defense Counsel.

By: *s/ Timothy J. Forwood*
TIMOTHY J. FORWOOD
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
U.S. Attorney's Office
2120 Capitol Ave., Suite 4002
Cheyenne, WY 82001
307-772-2124
Timothy.Forwood@usdoj.gov