**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-212-RMR

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**WILLIAM BLAKE PLSEK,**

    Defendant.

---

**ORDER TO RESTRICT ECF DOCUMENT 88**

This matter is before the Court on the Government's Motion to Restrict ECF Document 88. Upon consideration and for good cause shown, **IT IS ORDERED** that ECF Document 88, any order revealing the contents of that document, and the brief filed in support of the motion shall be restricted to "Level 2" and will be "viewable by selected parties and court" only.

IT IS SO ORDERED on this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO