IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH EUGENE CLEMENTS

    Defendant.

**FINAL ORDER OF FORFEITURE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 32.2(c)(2)**

On November 22, 2022, the Defendant pleaded guilty to Count One and Count Five charged in the Indictment. (Doc. 55). In the Plea Agreement, the Defendant admits to the forfeiture allegations in the Indictment. Specifically, the Defendant agrees to the forfeiture of $5,100.00 in United States currency; $16,924.00 in United States currency; $24,260.00 in United States currency; and 2.98 EA SOLANA Cryptocurrency valued at $95.33, all seized from the Defendant. (Doc. 56 at 2).

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** this court having found that the Defendant convicted in this case had an interest in the forfeitable property under 21 U.S.C. § 853; and 18 U.S.C. § 982(1) and all right, title and interest to the properties described below is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

- **$5,100.00 in United States currency;**
- **$16,924.00 in United States currency;**
- **$24,260.00 in United States currency;**

- **and 2.98 EA SOLANA Cryptocurrency valued at $95.33, all seized from the Defendant**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States has clear title to all the property listed above.

**IT IS FURTHER ORDERED** that the United States return the EA Tesla Model 3 (VIN 5YJ3E1EC6MR997228), to the Defendant or his assignee.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED** this 23rd day of February, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge