# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 22-cr-212-RMR**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1. **JOSEPH EUGENE CLEMENTS,**

    **Defendant.**

---

## GOVERNMENT'S RESPONSE TO DEFENDANT CLEMENTS MOTION FOR RETURN OF PROPERTY [105]

---

The United States of America, by and through Special Assistant United States Attorney Timothy J. Forwood, respectfully notifies the Court that the United States has no objection to Defendant's Clements motion for return of property. (ECF Doc. 105).

DATED this 17th day of July, 2023.

        Respectfully submitted,

        NICHOLAS VASSALLO
        United States Attorney

By:   *s/ Timothy J. Forwood*
      TIMOTHY J. FORWOOD
      Special Assistant United States Attorney
      Acting Under Authority Conferred by 28 U.S.C. § 515
      U.S. Attorney's Office
      2120 Capitol Ave., Suite 4002
      Cheyenne, WY 82001
      307-772-2124
      Timothy.Forwood@usdoj.gov

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Rodriguez's Practice Standard III(A) and (C).

        */s/ Timothy J. Forwood*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defense Counsel.

                    By:  *s/ Timothy J. Forwood*
                    TIMOTHY J. FORWOOD
                    Special Assistant United States Attorney
                    Acting Under Authority Conferred by 28 U.S.C. § 515
                    U.S. Attorney's Office
                    2120 Capitol Ave., Suite 4002
                    Cheyenne, WY 82001
                    307-772-2124
                    Timothy.Forwood@usdoj.gov